United States District Court
Southern District of Texas
**ENTERED**
March 20, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

ERIC MOTA,                                          §
                                                    §
        Plaintiff,                                  §
V.                                                  §    CIVIL ACTION NO. 2:23-CV-00116
                                                    §
NATIONAL UNION FIRE INSURANCE                       §
COMPANY OF PITTSBURGH, PA,                          §
                                                    §
        Defendant.                                  §

## FINAL JUDGMENT

Pursuant to the Court's order adopting Magistrate Judge Mitchel Neurock's memorandum

and recommendation, (D.E. 70), the Court enters final judgment dismissing Plaintiff's claims. The

Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
        March 20th, 2025